# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Peter Rickmyer**

        Plaintiff(s),

vs.                           Case No.

**Troy Walker**
**Bruce Johnson**

        Defendant(s).

## Memorandum of Law

☑ In Support of or ☐ In Opposition to

(Check "In Support of" if you are filing the motion and "In Opposition to" if you are opposing the Motion that was filed.)

___TEMPORARY RESTRAINING ORDER OR INJUNCTION___
(Name of Motion filed)

Provide below an explanation of why the Motion should be granted or denied. Your explanation should be provided in consecutively numbered paragraphs. If you run out of space, you may attach additional sheets of paper and continue to number your paragraphs.

1.

**I am a person with disabilities which affects how I communicate.**



SCANNED MAY 15 2013 U.S. DISTRICT COURT MPLS