# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Peter Rickmyer

           Plaintiff(s),

vs.

Case No. 13-cv-1161 (JRT/SER)

Troy Walker
Bruce Johnson

           Defendant(s).

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff(s), under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before the opposing party has not been served Summons and Complaint and has not served either an answer or a motion for summary judgment), hereby dismisses this action.

Signed this 7th day of June, 2013

           Signature of Plaintiff

Mailing Address     2118 25th Avenue North
                                    Minneapolis, Minnesota 55411
Telephone Number     612-516-2853

Note: All plaintiffs who are voluntarily dismissing the action must date and sign the Notice of Dismissal and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Notice of Dismissal must be served on every defendant.

